UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOHN BURTON,

  Plaintiff,

  v.

CITY OF SPOKANE, *et al.,*

  Defendants.

NO. CV-06-322-RHW

**ORDER GRANTING STIPULATION OF DISMISSAL RE PLAINTIFF'S SLAPP-BACK CLAIM**

Before the Court is the parties' Stipulation of Dismissal Re Plaintiff's SLAPP-Back Claim (Ct. Rec. 239). The motion was heard without oral argument.

The parties stipulate that Plaintiff's "SLAPP-back" claim be dismissed, with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal Re Plaintiff's SLAPP-Back Claim (Ct. Rec. 239) is **GRANTED**.

2. Plaintiff's "SLAPP-back" claim is **dismissed**, with prejudice and without costs.

///
///
///
///
///

**ORDER GRANTING STIPULATION OF DISMISSAL RE PLAINTIFF'S SLAPP-BACK CLAIM** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order, forward copies to counsel, and close the file.
3      **DATED** this 14th day of April, 2009.
4                    *s/ Robert H. Whaley*
5                 ROBERT H. WHALEY
            Chief United States District Judge

8  Q:\CIVIL\2006\Burton\dismiss.wpd

**ORDER GRANTING STIPULATION OF DISMISSAL RE PLAINTIFF'S SLAPP-BACK CLAIM ~ 2**